IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PATRICIA LYNN RORRER, | : | |
| | : | |
| Petitioner, | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | |
| WENDY K. NICHOLAS, et al., | : | No. 19-cv-01398-GEKP |
| | : | |
| Respondents. | : | |
| | : | |

**O R D E R**

AND NOW this 26th day of October, 2021, upon consideration of the Petitioner Patricia Lynn Rorrer's Motion for Discovery (Doc. No. 32), the Commonwealth's response thereto (Doc. No.35) and Petitioner's Reply (Doc. No. 38), for the reasons set forth in the accompanying memorandum opinion, it is **ORDERED** that:

1. The Motion is **GRANTED**. The Commonwealth shall provide to the Petitioner the documents outlined in paragraphs 19 and 20 of the affidavit of Huma Nasir, contained at Vol III, Appendix to Pet. Mot., pp. 2877-79 (reproduced at pp. 3-5 in the accompanying Memorandum Opinion).

2. The Commonwealth shall provide documents responsive to Petitioner's request within 90 days from the date of this Order. Petitioner shall file any amended petition within 45 days of receipt of the documents provided by the Commonwealth.

BY THE COURT:

_s/ Richard A. Lloret_
**RICHARD A. LLORET**
**U.S. Magistrate Judge**