# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PATRICIA LYNN RORRER, | : |
| Petitioner, | : |
| | : CIVIL ACTION |
| v. | : |
| WENDY K. NICHOLAS, et al., | : No. 19-cv-01398-GEKP |
| Respondents. | : |

## O R D E R

AND NOW this 22nd day of November, 2021, upon consideration of the Respondent's Motion for Reconsideration (Doc. No. 41), and the Petitioner's response thereto (Doc. No. 42), for the reasons set forth in the accompanying memorandum opinion, it is **ORDERED** that the motion is **DENIED**. The Commonwealth shall provide to the Petitioner the documents outlined in this Court's previous order on or before January 26, 2022 (90 days from the previous order).

BY THE COURT:

*s/ Richard A. Lloret*
**RICHARD A. LLORET**
**U.S. Magistrate Judge**